# UNITED STATES DISTRICT COURT
FOR THE
## EASTERN DISTRICT OF TENNESSEE

FILED

UNITED STATES OF AMERICA
vs.

COOPER, JERRY R
4138 BELLVIEW STREET

MORRISTOWN, TN 37814

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| 1355180 | U.S. DISTRICT COURT EASTERN DIST. TENN. |
| TE41 | BY_____ DEPT. CLERK |

FAILURE TO APPEAR

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date **APRIL 9, 2008**

_____
*United States Magistrate Judge*
**HON H. BRUCE GUYTON**

---

## RETURN

| RECEIVED | DATE 4/14/2008 | LOCATION USMS Knoxville |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE–NAMED DEFENDANT.*

| | DATE 7/13/2008 | LOCATION Scenic Moree Pigeon Forge TN APT #30 |
|---|---|---|

Name Justin Gibbs   Title U.S Park Ranger   District Eastern of Tennessee

Date 7/14/2008   Signature _____

CLOSED IN WIN
8/6/08

FID# 1480750

0874-0422-0842-I