# United States District Court
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
JERRY R. COOPER

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 3:08-PO-32

Paula R. Voss
Defendant's Attorney

**THE DEFENDANT:**

[✓] pleaded guilty to Counts 1 (TE41 1355180) and 6 (TE41 1355186).
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR 4.23(a)(1) and (a)(2) | Operating a Motor Vehicle Under the Influence of Alcohol to a Degree that Renders the Operator Incapable of Safe Operation | November 12, 2007 | 1 |
| 36 CFR 4.2 [TCA 55-50-504] | Driving While License is Suspended | November 12, 2007 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ] The defendant has been found not guilty on count(s) ___.

[✓] Counts 2 (TE41 1355181), 3 (TE41 1355182), 4 (TE41 1355183), 5 (TE41 1355185)  [ ] is [✓] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

July 23, 2008
Date of Imposition of Judgment

Signature of Judicial Officer

C. CLIFFORD SHIRLEY, JR., United States Magistrate Judge
Name & Title of Judicial Officer

8-5-08

I hereby certify that this is a true and correct copy of the electronically filed original document
ATTEST: Patricia L. McNutt
By: Deputy Clerk
8/6/2003

DEFENDANT: JERRY R. COOPER
CASE NUMBER: 3:08-PO-32

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 hours.

The defendant shall receive jail credit for any time previously served.

[✓] The court makes the following recommendations to the Bureau of Prisons:

The defendant serve sentence at the Blount County, TN Jail.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at __ [ ] a.m. [ ] p.m. on __.
[ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on _.
[✓] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Received defendant into custody

Defendant delivered on 4-13-09 to Blount Co Jail at Maryville TN with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL
Sheriff